**LEWIS BRISBOIS BISGAARD & SMITH** LLP
ROGER S. RAPHAEL, SB# 111946
  Email: Roger.Raphael@lewisbrisbois.com
JAD I. DOUDAR, SB# 332499
  Email: Jad.Doudar@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant BMW OF NORTH AMERICA, LLC

**KNIGHT LAW GROUP,** LLP
ROGER KIRNOS, SB# 283163
  Email: RogerK@knightlaw.com
RUSSELL HIGGINS, SB# 226124
  Email: RussellH@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone:  310.552.2250
Facsimile:   310.552.7973

Attorneys for Plaintiff CAMERON WATSON JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WATSON JR.,<br><br>  Plaintiff,<br><br>  vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-01514-DJC-JDP<br><br>**ORDER RE: JOINT STIPULATION TO RESOLVE AND WITHDRAW MOTION FOR SUMMARY ADJUDICATION** |

**IT IS HEREBY ORDERED,** pursuant to the stipulation of the parties hereto, that any and all claims arising out of or relating to excessive oil consumption in the subject vehicle (2016 BMW 650 i Coupe, VIN WBA6D4C53GD977100) are barred by the *Isley, Thomas et al. v. BMW of North America, LLC* (New Jersey Federal District Court Civil Action No. 2:19-cv-12680 (ESK)) class action settlement from serving as the basis of any and all of

Plaintiff Cameron Watson Jr.'s claims, including demands, rights, liabilities, and causes of action, of every nature and description that are or can be asserted in this action, and it is further ordered that no evidence of defects, nonconformities, issues, problems, complaints, concerns, presentations, or service or repair efforts arising out of or relating to excessive oil consumption may be introduced or relied upon by Plaintiff in the trial or further prosecution of this action.

**IT IS SO ORDERED.**

Dated:  March 15, 2024                             /s/ Daniel J. Calabretta
                                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                                   UNITED STATES DISTRICT JUDGE