# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| CAMERON WATSON JR., | Case No. 2:22-cv-01514-DJC-JDP |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 23, 2024     /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW